Jennifer Janzen
Plaintiff, Pro Se
120 Tustin Ave, Suite C #135
Newport Beach, CA 92663
Email: Jen9491975@gmail
Phone: 949-355-3698

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL 29 2024
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| JENNIFER JANZEN,<br><br>Plaintiff,<br><br>v.<br><br>BETTER DEBT SOLUTIONS LLC, a California Limited Liability Company, MOHAMMAD GHARAFINIA, and ALLEVIATE FINANCIAL SOLUTIONS LLC, a California Limited Liability Company<br><br>Defendants. | Civil Case No **8:24-CV-01516-JVS-DFMx**<br><br>1. WILLFUL VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT [47 U.S.C. §227(c)]<br>2. NEGLIGENT VIOLATIONS OF THE TELEPHONE CONSUMER PROTECTION ACT [47 U.S.C. §227(c)]<br>DEMAND FOR JURY TRIAL |

NOTICE OF DISMISSAL                    1

## PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Jennifer Janzen, in her individual capacity, and moves to dismiss Defendants BETTER DEBT SOLUTIONS LLC, a California Limited Liability Company, MOHAMMAD GHARAFINA, and ALLEVIATE FINANCIAL SOLUTIONS LLC, a California Limited Liability Company, with prejudice pursuant to Rule 41(a)(1)(A)(i). Defendants have not made an appearance or otherwise defended the case.

July 29, 2024,                    Respectfully submitted,

*/s/ J. Janzen*

Jennifer Janzen
120 Tustin Ave, Suite C
#135
Newport Beach, CA 92663
jen9491975@gmail
949-355-3698

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2024, I caused a true copy of the foregoing, Plaintiff's notice of Dismissal With Prejudice to be served on Better Debt Solutions LLC, Mohammad Gharafina, and Alleviate Financial Solutions via Brent Phillips at bphillips@phillipslawcorporation.com.

NOTICE OF DISMISSAL        2

1  July 29, 2024,                    Respectfully submitted,

                                     *(signature)*

                                     Jennifer Janzen
                                     120 Tustin Ave, Suite C
                                     #135
                                     Newport Beach, CA 92663
                                     jen9491975@gmail.com
                                     949-355-3698

NOTICE OF DISMISSAL                  3